UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KESIA PRICE, Individually and on Behalf of All
Other Persons Similarly Situated

                                Plaintiffs,         Case No.
-v-         07 Civ. 5869

PORTER NOVELLI, INC.,
And OMNICOM GROUP, INC.,                                AFFIDAVIT OF
                                Defendants.         SERVICE

---

STATE OF NEW YORK   }
COUNTY OF NEW YORK } ss.:

Jonathan Correa, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at New York, NY:

On June 25, 2007 at 11:37 a.m. at 437 Madison Avenue, New York, NY 10022, I served the SUMMONS and COMPLAINT on OMNICOM GROUP, INC.., defendant therein named, by delivering true copies of same to BARBARA TESTI, designated agent, who stated she was authorized to receive said papers.

The person served is a white female, gray hair, 45-55 years old, 5'6"-5'8" in height, 130-160 pounds.

                                                      Jonathan Correa
                                                      License No. 1254223

Sworn to before me this
25TH day of June 2007

NOTARY PERVCR LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 20__

**LegalEase Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796