UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**KESIA PRICE, Individually and on Behalf of All
Other Persons Similarly Situated**

|  |  |
|---|---|
| Plaintiffs, | Case No.<br>07 Civ. 5869 |

-v-

**PORTER NOVELLI, INC.,
And OMNICOM GROUP, INC.,**

**Defendants.**

**AFFIDAVIT OF
SERVICE**

STATE OF NEW YORK        }
COUNTY OF NEW YORK   } ss.:

Jonathan Correa, being duly sworn, deposes and says: I am not a party to this action, am
over 18 years of age and reside at New York, NY:

On June 25, 2007 at 11:13 a.m. at 450 Lexington Avenue, New York, NY 10017, I
served the SUMMONS and COMPLAINT on PORTER NOVELLI, INC., defendant
therein named, by delivering true copies of same to AMANDA KOONS, designated
agent, who stated she was authorized to receive said papers.

The person served is a white female, blonde hair, 25-35 years old, 5'5"-5'9" in height,
160-180 pounds.

Jonathan Correa
License No. 1254223

Sworn to before me this
25TH day of June 2007

NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified In Westchester County
My Commission Expires January 13, 20 10

**LegalEase Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070  •  800-393-1277  •  Fax: 212-393-9796