UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KESIA PRICE, Individually and on Behalf  :
of All Other Persons Similarly Situated,  :
                                          :
                  Plaintiffs,  :
                                          :   **NOTICE OF**
      -against-                          :   **APPEARANCE**
                                          :
PORTER NOVELLI, INC. and OMNICOM          :   07cv5869
GROUP, INC.                               :
                                          :
                                          :
                  Defendants.  :
-------------------------------------------------------------X

     Notice is hereby given of the appearance of the undersigned as counsel for

KESIA PRICE, in the above-entitled action. All further notice and copies of pleadings,

papers, and other material relevant to this action should be directed to and served upon:

> Locks Law Firm, PLLC
> Fran L. Rudich, Esq.
> 110 East 55th Street
> 12th Floor
> New York, NY 10022
> Tel: (212)838-3333
> Fax: (212)838-3735

Dated: New York, New York
       June 25, 2007

                         Respectfully submitted,

                         **LOCKS LAW FIRM PLLC**

                         By:   /s/ Fran L. Rudich
                               Fran L. Rudich