```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 9 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KESIA PRICE, Individually and on Behalf
of All Other Persons Similiarly Situated,

    Plaintiffs,

-against-

PORTER NOVELLI, INC. and OMNICOM
GROUP, INC.,

    Defendants.

07 Civ. 5869 (PAC)

**STIPULATION AND ORDER**

WHEREAS, Plaintiff Kesia Price, individually and on behalf of all other persons similarly situated, filed a complaint against Defendants Porter Novelli, Inc. and Omnicom Group Inc. (collectively, "Parties") in the above-captioned action on June 20, 2007;

WHEREAS, the Parties have agreed, subject to the terms below, that Defendants shall have a 30-day extension from the date this Stipulation is signed to answer or otherwise respond to the complaint;

THEREFORE, the Parties, through their respective counsel, hereby stipulate and agree as follows:

1. Defendants shall answer or otherwise respond to the complaint on or before August 16, 2007;

2. Defendants agree not to challenge the manner of service of process through a defense of lack of personal jurisdiction; and

3. Defendants agree that the applicable statute of limitations under the Fair Labor Standards Act shall be tolled from the date that the Answer was originally due to be served until the date that the Answer is actually served.

1

Dated:   New York, New York
         July 16, 2007

| LATHAM & WATKINS LLP | LOCKS LAW FIRM, PLLC |
|---|---|
| By: _____ | By: _____ |
| John D. Shyer (JS-2706) | Fran L. Rudich (FR-7377) |
| 885 Third Avenue | 110 East 55th Street, 12th Floor |
| New York, New York 10022 | New York, New York 10022 |
| Tel: (212) 906-1270 | Tel: (212) 838-3333 |
| Fax: (212) 751-4864 | Fax: (212) 838-3735 |
| Attorney for Defendants | |

BERGER & GOTTLIEB
Jeffrey Michael Gottlieb
150 East 18th Street
Suite PHR
New York, New York 10003
Tel: (212) 228-9795
Fax: (212) 982-6284

Attorney for Plaintiffs

SO ORDERED,

By: _____
HON. PAUL A. CROTTY
U.S.D.J., United States District Court for the
Southern District of New York

Dated: July 19, 2007

2