UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KESIA PRICE, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>        Plaintiffs,<br><br> - against -<br><br>PORTER NOVELLI, INC. and OMNICOM GROUP INC.,<br><br>        Defendants. | 07 Civ. 5869 (PAC)<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendants Porter Novelli, Inc. and Omnicom Group Inc. in the above-captioned action:

    John D. Shyer (JS-2706)
    Latham & Watkins LLP
    885 Third Avenue
    New York, New York 10022
    Telephone: (212) 906-1200
    Facsimile:  (212) 751-4864


Dated: August 15, 2007
   New York, New York      LATHAM & WATKINS LLP


             By: /s/ John D. Shyer
                John D. Shyer (JS-2706)
                885 Third Avenue, Suite 1000
                New York, New York  10022
                Telephone: (212) 906-1200
                Facsimile: (212) 751-4864

                *Attorney for Defendants*