UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KESIA PRICE, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>                        Plaintiffs,<br><br>   -against-<br><br>PORTER NOVELLI, INC. and OMNICOM GROUP INC.,<br><br>                        Defendants. | 07 Civ. 5869 (PAC)<br><br>**FRCP 7.1 STATEMENT** |

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Porter Novelli, Inc. (a non-governmental party) certifies that it is a wholly owned subsidiary of Omnicom Group Inc., which is a publicly traded company.


Dated:  August 15, 2007
         New York, New York

                                                    LATHAM & WATKINS LLP

                                    By:  /s/ John D. Shyer
                                            John D. Shyer (JD-2706)

                                            885 Third Avenue
                                            New York, New York 10022
                                            Telephone: (212) 906-1200
                                            Facsimile: (212) 751-4864
                                            E-mail: john.shyer@lw.com

                                            *Attorney for Defendants*