UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KESIA PRICE, Individually and on Behalf of All
Other Persons Similarly Situated,

                                    Plaintiffs,

            -against-

PORTER NOVELLI, INC. and OMNICOM
GROUP INC.,

                                    Defendants.

07 Civ. 5869 (PAC)

**FRCP 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Omnicom Group Inc. (a publicly-traded company) certifies that it has no corporate parent and no publicly held corporations own 10% or more of Omnicom Group Inc.'s stock.

Dated:  August 15, 2007
        New York, New York

                        LATHAM & WATKINS LLP

            By:   /s/ John D. Shyer
                  John D. Shyer (JD-2706)

                  885 Third Avenue
                  New York, New York 10022
                  Telephone: (212) 906-1200
                  Facsimile: (212) 751-4864
                  E-mail: john.shyer@lw.com

                  *Attorney for Defendants*