UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KESIA PRICE, Individually and on Behalf  :
of All Other Persons Similarly Situated, :
                                         :
            Plaintiffs,                  :
                                         :            **NOTICE OF**
    -against-                            :            **APPEARANCE**
                                         :
PORTER NOVELLI, INC. and OMNICOM         :            07cv5869
GROUP, INC.                              :
                                         :
                                         :
            Defendants.                  :
------------------------------------------------------------X

    Notice is hereby given of the appearance of the undersigned as counsel for

**KESIA PRICE**, in the above-entitled action. All further notice and copies of pleadings,

papers, and other material relevant to this action should be directed to and served upon:

> BERGER & GOTTLIEB
> Jeffrey M. Gottlieb, Esq.
> 150 East 18th Street.
> Suite PHR
> New York, NY 10003
> Tel: (212) 228-9795
> Fax: (212) 982-6284

Dated: New York, New York
       August 22, 2007

        Respectfully submitted,

        **BERGER & GOTTLIEB**

        By: /s/ Jeffrey M. Gottlieb
            Jeffrey M. Gottlieb