UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KESIA PRICE, Individually and on Behalf    :
of All Other Persons Similarly Situated,        :
        :
        Plaintiffs,    :
        :    **NOTICE OF**
    -against-    :    **APPEARANCE**
        :
PORTER NOVELLI, INC. and OMNICOM    :    07cv5869
GROUP, INC.    :
        :
        :
        Defendants.    :
-------------------------------------------------------------X

      Notice is hereby given of the appearance of the undersigned as counsel for

**KESIA PRICE**, in the above-entitled action. All further notice and copies of pleadings,

papers, and other material relevant to this action should be directed to and served upon:

        BERGER & ASSOCIATES
        Bradley Berger, Esq.
        321 Broadway
        New York, NY 10007
        Tel: (800) 529-4444

Dated:  New York, New York
       August 22, 2007

        Respectfully submitted,

        **BERGER & ASSOCIATES**


        By: /s/ Bradley Berger
             Bradley Berger