**L** | **LOCKS LAW FIRM**
PLLC

110 East 55th Street
New York, New York 10022
T 212.838.3333
T 866.LOCKSLAW
F 212.838.3735
lockslaw.com

Fran L. Rudich
frudich@lockslawny.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 24 2007
```

August 23, 2007

**VIA E-MAIL**

Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Chambers 735
New York, New York 10007

Application GRANTED. The conference is adjourned to
9/18/07 at 3:15 pm in Courtroom 20-C

SO ORDERED: AUG 24 2007

/s/ Paul A. Crotty
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re: *Kesia Price v. Porter Novelli, Inc., et al.*
07 Civ. 5869 (PAC)

Dear Judge Crotty:

We represent Plaintiff Kesia Price in the above-referenced matter. Due to previously existing commitments of Plaintiff's counsel, we write, to request an adjournment of the Initial Pretrial Conference to September 18, 19 and 24, if possible. This conference is currently scheduled for Thursday, August 30, 2007.

This is the first request for an adjournment. Counsel for Defendants consent to this adjournment.

Thank you for your consideration of this request.

Respectfully submitted,

Fran L. Rudich

cc: John Shyer, Esq. (Via e-mail)

**MEMO ENDORSED**

PHILADELPHIA, PA    CHERRY HILL, NJ    MEDIA, PA