UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KESIA PRICE, Individually and on Behalf
of All Other Persons Similarly Situated,

Plaintiffs,

-against-

PORTER NOVELLI, INC. and OMNICOM
GROUP, INC.,

Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 7 2007

07 Civ. 586 (PAC)

**STIPULATION AND ORDER
EXTENDING PLAINTIFF'S
TIME TO RESPOND TO
COUNTERCLAIM**

**IT IS HEREBY STIPULATED AND AGREED** that the time for Plaintiff Kesia Price

to answer, move against, or otherwise respond to, the Defendant's Counterclaim in the above-

entitled action is extended through and including October 4, 2007.

The parties will notify the Court of this STIPULATION and will file said

STIPULATION with the Court.

Dated: New York, New York
August 30, 2007

LATHAM & WATKINS LLP

By: _____
John D. Shyer (JS-2706)

885 Third Avenue
New York, New York 10022
Tel: (212) 906-1270)
Fax: (212) 751-4864

Attorney for Defendants

LOCKS LAW FIRM, PLLC

By: _____
Fran L. Rudich (FR-7577)

110 East 55th Street, 12th Floor
New York, New York 10022
Tel: (212) 838-3333
Fax: (212) 838-3735

Attorney for Plaintiffs

SO ORDERED: 9/7/07

By: _____
HON. PAUL A. CROTTY