UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
KESIA PRICE, Individually and on Behalf :
of All Other Persons Similarly Situated, :
                                                 Plaintiffs, :
                                                 : **NOTICE OF**
        -against- : **APPEARANCE**
                                                 :
PORTER NOVELLI, INC. and OMNICOM : 07cv5869
GROUP, INC. :
                                                 :
                                       Defendants. :
----------------------------------------------------------------X

     Notice is hereby given of the appearance of the undersigned as counsel for KESIA PRICE, in the above-entitled action. All further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

                Andrew P. Bell, Esq.
                Locks Law Firm, PLLC
                110 East 55th Street
                12th Floor
                New York, NY 10022
                Tel: (212)838-3333
                Fax: (212)838-3735

Dated: New York, New York
        September 17, 2007

                Respectfully submitted,

                **LOCKS LAW FIRM PLLC**

                By:   /s/ Andrew P. Bell
                        Andrew P. Bell (AB 1309)