## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **REPLY TO COUNTERCLAIM** was served upon the following, by Electronic Case Filing, on this 1st day of October, 2007:

> John D. Shyer, Esq.(JS-5706)
> LATHAM & WATKINS LLP
> 885 Third Avenue
> New York, New York 10022
> (212) 906-1270

*[signature]*

Fran L. Rudich (FR- 7577)
*Attorney for Plaintiffs*