**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------X
KESIA PRICE, Individually and on Behalf      :
of All Other Persons Similarly Situated,     :
                                             :
                Plaintiffs,                  :    07-CV-5869
                                             :
     -against-                               :
                                             :    NOTICE OF APPEARANCE
PORTER NOVELLI, INC., and                    :
OMNICOM GROUP, INC.                          :
                                             :
                Defendants.                  :
-----------------------------------------------------------X
```

**TO THE CLERK:**

   Kindly enter the appearance of the following counsel on behalf of Plaintiff KESIA PRICE and all other persons similarly situated.

   Alexander E. Barnett, Esquire
   The Mason Law Firm, LLP.
   1120 Avenue of the Americas
   New York, NY 10036
   Phone: 212-362-5770
   Fax: (202) 429-2294
   Email: abarnett@masonlawdc.com

                                          Respectfully submitted,

Date: October 5, 2007                     _____/s/_____
                                          Alexander E. Barnett, Esquire
                                          The Mason Law Firm, LLP.
                                          1120 Avenue of the Americas
                                          New York, NY 10036
                                          (212) 362-5770
                                          Fax: (917) 591-5227
                                          Email: abarnett@masonlawdc.com