**LOCKS LAW FIRM** PLLC

110 East 55th Street
New York, New York 10022
T 212.838.3333
T 866.LOCKSLAW
F 212.838.3735
lockslaw.com

ANDREW P. BELL
abell@lockslawny.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 14 2007
```

November 13, 2007

**VIA E-MAIL**

Honorable Paul A. Crotty
United States District Court
 Southern District of New York
500 Pearl Street, Chambers 735
New York, New York 10007

Application GRANTED. The conference is adjourned to 12/19/07 at 2:15 pm in Courtroom 20-C

SO ORDERED: 11/14/07

*[signature]*
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re:  *Kesia Price v. Porter Novelli, Inc., et al.*
     07 Civ. 5869 (PAC)
     Joint Request for Adjournment of Conference on 11/15/2007

Dear Judge Crotty:

We represent Plaintiff Kesia Price in the above-referenced matter. We are writing, jointly with Defendants, in order to request that this Court adjourn the Status Conference, which is presently scheduled for this Thursday, November 15, 2007 at 2:00 p.m. until a date in mid-December.

The reason for this request is that the pleadings have been completed, initial disclosures have been made, and written discovery and notices of depositions have been already been served and are pending. Once the parties respond later this month to the written discovery that has been propounded, the parties will be better able to discuss substantively with this Court any relevant issues that arise, if any, from such responses. Accordingly, the parties believe that a conference scheduled for the middle of December would be more useful to the Court and the parties, and thus, respectfully request this Court grant this application.

This is the first request for an adjournment. Thank you for your consideration of this request.

Respectfully submitted,

*[signature]*

Andrew P. Bell (AB-1309)

APB/am
cc:   John D. Shyer (via email)

**MEMO ENDORSED**