```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 4 2007
```

# LOCKS LAW FIRM
**PLLC**

110 East 55th Street
New York, New York 10022
T 212.838.3333
T 866.LOCKSLAW
F 212.838.3735
lockslaw.com

ANDREW P. BELL
abell@lockslawny.com

December 14, 2007

**VIA E-MAIL**

Honorable Paul A. Crotty
United States District Court
  For the Southern District of New York
500 Pearl Street, Chambers 735
New York, New York 10007

Application GRANTED. The conference is adjourned to 1/16/08 at 2:00 PM in Courtroom 20C.

SO ORDERED: DEC 1 4 2007

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re:   *Kesia Price v. Porter Novelli, Inc., et al.*
      07 Civ. 5869 (PAC)

Dear Judge Crotty:

We represent Plaintiff Kesia Price in the above-referenced matter. We are writing on behalf of all parties to request an adjournment of the court conference presently scheduled for Wednesday, December 19, 2007 at 2:15 p.m.

The parties have been exchanging written discovery requests and responses in this case, and expect to submit during the week of December 17, 2007, a proposed confidentiality order. Following the execution of the confidentiality order, the parties will exchange documents and expect to schedule depositions to proceed during January 2008. Accordingly, the parties believe that a conference date in January would be more productive and fruitful for the Court, and respectfully request an adjournment to such a date to be set by the Court. The parties are available for an adjourned conference on January 14th, and 16th, 2008.

This is a second request for an adjournment. Thank you for your consideration of this request.

Respectfully submitted,

Andrew P. Bell (AB-1309)

cc:   Fran L. Rudich, Esq.
      John D. Shyer, Esq. (Via e-mail)

**MEMO ENDORSED**