```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 1 1 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KESIA PRICE, Individually and on Behalf
of All Other Persons Similiary Situated,

        Plaintiffs,

-against-

PORTER NOVELLI, INC. and OMNICOM
GROUP, INC.,

        Defendants.

07 Civ. 5869 (PAC)

**SUPPLEMENTAL AND AMENDED CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

      The Civil Case Management Plan and Scheduling Order dated and filed September 18, 2007 is hereby supplemented and amended as follows:

    1.    Paragraph 5 and 13 are hereby amended: All <u>fact</u> discovery shall be completed no later than March 14, 2008.

    2.    Paragraphs 6(c) and 13 are hereby amended: Depositions to be completed by March 14, 2008.

SO ORDERED:

By: _/s/ Paul A. Crotty_____
HON. PAUL A. CROTTY
United States District Judge

Dated: New York, New York
       January _11_, 2008

1

# LOCKS LAW FIRM
PLLC

110 East 55th Street
New York, New York 10022
T 212.838.3333
T 866.LOCKSLAW
F 212.838.3735
lockslaw.com

Andrew P. Bell
abell@lockslawny.com

January 10, 2008

**VIA E-MAIL**
Hon. Paul Crotty
United States District Court
Southern District of New York
500 Pearl Street, Room 735
New York, New York 10007

      Re:  *Price v. Price Novelli, Inc., et al.*
            *07 Civ. 5869(PAC)*

Dear Judge Crotty:

      We represent the plaintiff in the above-referenced FLSA putative collective action. This joint letter is submitted to respectfully request that this Court extend the fact and deposition cut-off dates from January 10, 2008 to March 14, 2008 (Supplemental and Amended Case Management and Scheduling Order attached). Counsel apologize to the Court for not submitting this request earlier.

      As the undersigned set forth in my letter to the Court dated December 14, 2007, which was endorsed by Your Honor (attached hereto), it was anticipated that the a proposed protective order would be submitted the week of December 17, 2007 and that depositions in this case would be completed in January 2008. Unfortunately, the Stipulated Protective Order, which Your Honor executed and filed on January 2, 2008, took longer than expected to be settled by the parties and was submitted on December 26, 2007, and Plaintiff's counsel has only started to review the box of documents produced by Defendants after execution of the protective order. Additionally, Plaintiff's counsel provided her documents to Defendants' counsel today, and Defendants are also compiling, reviewing and preparing to produce approximately 30,000 more pages of other documents, which counsel for Defendants expects to be produced sometime before the end of next week. Accordingly, the depositions of the parties cannot go forward until Plaintiff has had an opportunity to review Defendants' production. .

      This is the first request for an extension of the Case Management dates. Thank you for your consideration of this request.

Respectfully submitted,

Andrew P. Bell (AB-1309)

cc:    John D. Shyer (via email)

PHILADELPHIA, PA   CHERRY HILL, NJ   MEDIA, PA

Case 1:07-cv-05869-PAC   Document 22   Filed 12/14/2007   Page 1 of 1

# L | LOCKS LAW FIRM
PLLC

110 East 55th Street
New York, New York 10022
T 212.838.3333
T 866.LOCKSLAW
F 212.838.3735
lockslaw.com

ANDREW P. BELL
abell@lockslawny.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 14 2007

December 14, 2007

**VIA E-MAIL**

Honorable Paul A. Crotty
United States District Court
 For the Southern District of New York
500 Pearl Street, Chambers 735
New York, New York 10007

✓ Application GRANTED. The conference is adjourned to 1/16/08 at 2:00 PM in Courtroom 20C.

SO ORDERED: DEC 14 2007

*Paul Crotty*
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re:   Kesia Price v. Porter Novelli, Inc., et al.
      07 Civ. 5869 (PAC)

Dear Judge Crotty:

✓ We represent Plaintiff Kesia Price in the above-referenced matter. We are writing on behalf of all parties to request an adjournment of the court conference presently scheduled for Wednesday, December 19, 2007 at 2:15 p.m.

The parties have been exchanging written discovery requests and responses in this case, and expect to submit during the week of December 17, 2007, a proposed confidentiality order. Following the execution of the confidentiality order, the parties will exchange documents and expect to schedule depositions to proceed during January 2008. Accordingly, the parties believe that a conference date in January would be more productive and fruitful for the Court, and respectfully request an adjournment to such a date to be set by the Court. The parties are available for an adjourned conference on January 14th, and 16th, 2008.

This is a second request for an adjournment. Thank you for your consideration of this request.

Respectfully submitted,

*Andrew P. Bell*
Andrew P. Bell (AB-1309)

cc:   Fran L. Rudich, Esq.
      John D. Shyer, Esq. (Via e-mail)

**MEMO ENDORSED**

PHILADELPHIA, PA   CHERRY HILL, NJ   MEDIA, PA