UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KESIA PRICE, *et al.*,<br><br>    Plaintiffs,<br><br>    -against-<br><br>PORTER NOVELLI, INC. and OMNICOM GROUP INC.,<br><br>    Defendants. | 07 Civ. 5869 (PAC)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendants Porter Novelli, Inc. and Omnicom Group Inc. in the above-captioned action:

    Amy S. Donovan (AD-9914)
    Latham & Watkins LLP
    885 Third Avenue
    New York, New York 10022
    Telephone: (212) 906-1200
    Facsimile: (212) 751-4864

Dated: March 6, 2008
New York, New York

    LATHAM & WATKINS LLP

    By: /s/ Amy S. Donovan
    Amy S. Donovan (AD-9914)

    885 Third Avenue, Suite 1000
    New York, New York 10022
    Telephone: (212) 906-1200
    Facsimile: (212) 751-4864
    *Attorney for Defendants*