UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
KESIA PRICE, Individually and on Behalf
of All Other Persons Similarly Situated,

                Plaintiffs,

    Case No. 07 CIV 5869

  -against-

PORTER NOVELLI, INC. and OMNICOM
GROUP, INC.,

                Defendants.
-------------------------------------------------------X

### NOTICE OF CHANGE OF FIRM AFFILIATION

      Notice is hereby provided that Alexander E. Barnett, counsel for plaintiffs in this action, has joined Parker Waichman Alonso LLP. His new contact information is as follows: Alexander E. Barnett, Parker Waichman Alonso LLP, 111 Great Neck Road, Great Neck, New York 11021, Tel: 516-466-6500, Email: abarnett@yourlawyer.com. Mr. Barnett remains counsel for plaintiffs in this action.

      In addition, please note that The Mason Law Firm, LLP remains as counsel for plaintiffs in this action. All correspondence and pleadings which are to be directed to The Mason Law Firm, LLP should be sent to: Gary Mason, The Mason Law Firm, 1225 19th Street NW, #500, Washington, DC 20026, Email: gmason@masonlawdc.com.

Dated: March 17, 2008

                                      Respectfully Submitted

                                      /s/ Alexander E. Barnett
                                      Alexander E. Barnett
                                      Parker Waichman Alonso LLP
                                      111 Great Neck Road
                                      Great Neck, NY 11021
                                      (516) 466-6500

## CERTIFICATE OF SERVICE

I hereby certificate that on March 17, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Amy Suzanne Donovan | amy.donovan@lw.com |
| John D. Shyer | john.shyer@lw.com, Jason.grossman@law.com, |
| | Jessica.bengels@la.com |

/s/ Alexander E. Barnett
Alexander E. Barnett

# EXHIBIT 1