IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KESIA PRICE, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PORTER-NOVELLI, INC. and OMNICOM GROUP, INC.,<br><br>Defendants. | CASE NO.: 07 Civ. 5869 (PAC) |

**NOTICE OF CHANGE OF FIRM AFFILIATION/CHANGE OF ADDRESS**

Please be advised that Alexander E. Barnett, co-counsel for Plaintiff(s) is no longer affiliated with the Parker Waichman Alonso firm, and the Parker Waichman Alonso firm is no longer counsel of record in this matter. Mr. Barnett, however, remains as counsel for Plaintiff(s) in this matter. His new contact information is as follows:

Alexander E. Barnett
144 W. 72nd Street
#3D
New York, NY 10023
Tel: 212-362-6174
Fax: 917-591-5227
Email: abarnett20@hotmail.com

Dated: May 21, 2008

Respectfully submitted,

/s/ Alexander E. Barnett
Alexander E. Barnett