**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
KESIA PRICE, Individually and on Behalf
of All Other Persons Similarly Situated,

                      Plaintiffs,

                                               **07 CIVIL 5869**

        -against-

PORTER NOVELLI, INC and OMNICOM
GROUP, INC.

                     Defendants.
----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: ____Fran L. Rudich_____

[x] *Attorney*

    [x]     I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __FR7577_____

    [ ]     I am a Pro Hac Vice attorney

    [ ]     I am a Government Agency attorney

*Law Firm/Government Agency Association*

    From: _____LOCKS LAW FIRM PLLC_____

    To: _____KLAFTER, OLSEN & LESSER LLP_____

[x]     I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]     I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[x]   *Address:* __Klafter, Olsen & Lesser LLP/1311 Mamaroneck Avenue, Suite 220/ White Plains, NY, 10605

[x]   *Telephone Number:* ____(914) 997 - 5656_____

[x] *Fax Number:* _____(914) 997 - 2444_____

[x] *E-Mail Address:* _____FRudich@klafterolsen.com_____

Dated: ___July 31, 2008_____   _/s/  Fran L. Rudich_____