**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
KESIA PRICE, Individually and on Behalf
of All Other Persons Similarly Situated,

                       Plaintiffs,

                                **07 CIVIL 5869**

      -against-

PORTER NOVELLI, INC and OMNICOM
GROUP, INC.

                       Defendants.
----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: ___Seth R. Lesser_____

[x] *Attorney*

    [x]    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
            ___SL5560_____

    [ ]    I am a Pro Hac Vice attorney

    [ ]    I am a Government Agency attorney

*Law Firm/Government Agency Association*

    From: _____LOCKS LAW FIRM PLLC_____

    To: _____KLAFTER, OLSEN & LESSER LLP_____

[x]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____ _____.

[x]    *Address:* __Klafter, Olsen & Lesser LLP/1311 Mamaroneck Avenue, Suite 220/ White Plains, ___NY, 10605

[x]    *Telephone Number:* ____(914) 997 - 5656_____

[x] *Fax Number:* _____ ___(914) 997 - 2444_ _____ _

[x] *E-Mail Address:* _____SLesser@klafterolsen.com_____

Dated: ___July 31, 2008_____   _/s/  Seth R. Lesser_____