**LOCKS LAW FIRM** PLLC

110 East 55th Street
New York, New York 10022
T 212.838.3333
T 866.LOCKSLAW
F 212.838.3735
lockslaw.com

Andrew P. Bell
abell@lockslawny.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 2 2008

September 11, 2008

**VIA E-MAIL**
Hon. Paul Crotty
United States District Court, Southern District of New York
500 Pearl Street, Room 735
New York, New York 10007

    Re:    *Price v. Porter Novelli, Inc., et al.*
             07 Civ. 5869(PAC)

Dear Judge Crotty:

**MEMO ENDORSED:** We represent the plaintiff in the above-referenced FLSA putative collective action. This letter is submitted on behalf of both Plaintiffs and Defendants to request that this Court continue the present stay of the action pending settlement discussions and adjourn the date by which the parties are required to submit a briefing schedule to the court to October 30, 2008, as was ordered at the court conference held on July 17, 2008.

    The parties completed discovery as per this Court's Case Management Order on July 31, 2008 and have been working diligently on reviewing and analyzing the data from the thousands of pages of discovery produced and the testimony of the many witnesses deposed in order to create reasonable settlement proposals. The work has taken longer than both parties expected, but nevertheless, the parties are planning to meet as soon as possible in order to discuss these proposals and settlement. Accordingly, the parties seek the extra time requested herein and believe that such time is necessary and warranted in order to accomplish and facilitate these settlement talks.

    This is the first request for an extension of the stay. Thank you for your consideration of this request.

Respectfully submitted,

Andrew P. Bell (AB-1309)

SO ORDERED: SEP 1 2 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

cc:    Seth R. Lesser (via email)
        John D. Shyer, Esq. (via email)
        Amy S. Donovan, Esq. (via email)

PHILADELPHIA, PA    CHERRY HILL, NJ    MEDIA, PA